```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :       20-CR-135-5 (JMF)
                                                        :
JACOBB PADIN,                                           :       ORDER
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

On March 26, 2020, Defendant Jacobb Padin filed a motion for release from custody. ECF No. 53 ("Def.'s Mot."). Earlier today, the Court scheduled a telephone conference with counsel for this afternoon at 4:00 p.m. ECF No. 68; *see also* ECF No. 57 (consenting to a telephone hearing and waiving the Defendant's presence).

In addition to the issues raised in the parties' briefing, *see* ECF Nos. 53, 54, 62, counsel should be prepared to address the following:

- Any and all evidence tying the Defendant to firearms and acts of violence, including but not limited to the facts underlying Count 11, in which the Defendant is charged with using and possessing firearms in furtherance of a narcotics offense, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2;

- What efforts, if any, Defendant took to obtain documentation of his medical condition and whether he has — or could obtain — additional documentation;

- How Defendant's circumstances compare to those of the three co-defendants identified in Defendant's motion papers who were granted bail (Edgardo Baranco, Tyerance Mickey, and Davonte Brown); and

- The adequacy of Defendant's proposed bail conditions.

    SO ORDERED.

Dated: March 31, 2020                   _____
       New York, New York                         JESSE M. FURMAN
                                                United States District Judge