UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
　　　　　-v- : 20-CR-135-5 (JMF)
:
JACOBB PADIN, : ORDER
:
　　　　　　　　Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　Defendant Jacobb Padin filed a motion for immediate release from custody, arguing that he is in danger if he contracts COVID-19 because he has asthma and other medical conditions. ECF No. 53. As discussed in the telephone conference held this afternoon, to evaluate that argument, the Court may need additional documentation regarding Mr. Padin's medical history and the nature of the risks to him if he contracts COVID-19. Time is of the essence and Mr. Padin is not available to sign a release form. Accordingly, it is hereby ORDERED that, notwithstanding any provision of the Health Insurance Portability and Accountability Act of 1996, any medical provider to Mr. Padin shall immediately disclose to his counsel, Lorraine Gauli-Rufo, any and all records in its possession relating to Mr. Padin.

　　　　SO ORDERED.

Dated: March 31, 2020
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge