

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 12, 2020

Hon. Jesse M. Furman
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #120.

SO ORDERED.

*[signature]*

May 12, 2020

Re: *United States v Arguendas (Jacobb Padin)*
20 Cr. 135 (JMF)

Dear Judge Furman:

I represent Mr. Padin in the above matter. Mr. Padin currently is out on bail on 24-hour home incarceration with electronic monitoring. I am seeking a modification of his bail conditions to permit him to receive mental health treatment and evaluation at the direction of Pretrial Services. At this time, the treatment is only available *via* telephone, so Mr. Padin will not have to leave his residence to obtain treatment. Andrew Chan, AUSA, and Pretrial Service Officer, Bernisa Mejia have no objection to this request. Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for Jacobb Padin

cc:   AUSA Andrew Chan
      Bernisa Mejia, PTSO