```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :

                                    :
     -against-                      :   ORDER      1:20-cr-00135-JMF-5
                                    :
      Jacobb Padin
                                    :
     Defendant
                                    :
------------------------------------X
```

Jesse M. Furman, United States District Judge:

ORDERED that the defendant's conditions of release be modified to include substance abuse testing and treatment as directed by Pretrial Services.

Dated: New York, New York
May   18  , 2020

SO ORDERED

_____
~~Paul A. Crotty~~ Jesse M Furman
United States District Judge