

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

*Via ECF*

August 10, 2020

Hon. Jesse M. Furman
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #193. SO ORDERED.

Re: *United States v Arguendas (Jacobb Padin)*
    20 Cr. 135 (JMF)

August 10, 2020

Dear Judge Furman:

Mr. Padin has an MRI scheduled on August 19, 2020, for a shoulder injury for which he has been receiving physical therapy. He was advised by the medical staff that he cannot have the MRI with the location monitor transmitter on his ankle. Therefore, we are respectfully requesting that Mr. Padin be permitted to have the transmitter removed before his appointment and reattached immediately after the MRI. He would do that under the direction and at the office of his Pretrial Services Officer, Bernisa Mejia. Both Andrew Chan, AUSA and Ms. Mejia consent to this request.

Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
 s/
 Lorraine Gauli-Rufo
 Attorney for *Jacobb Padin*

cc: Andrew Chan, AUSA
    Jaclyn Wood, AUSA

Bernisa Mejia, PTSO (*via email*)