

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

October 14, 2020

*Via ECF*
Hon. Jesse M. Furman
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v Arguendas (Jacobb Padin)*
            20 Cr. 135 (JMF)

Dear Judge Furman:

    Jacobb Padin has been on temporary release since April 8, 2020, because of the threat that COVID-19 posed to his health at the jail. Mr. Padin had shoulder surgery on September 18, 2020 and is still recovering from that surgery. His doctor is now concerned with some issues in his lower back and has scheduled an MRI for Mr. Padin's lower back for October 21, 2020, at 11:30 a.m. Mr. Padin needs to have his ankle bracelet removed for this MRI. I have contacted Bernisa Mejia, Mr. Padin's Pretrial Service Officer, who has advised that he is in compliance with his conditions of pretrial release, and that she has no objection to this request. On the day of the MRI, Mr. Padin can go to her office prior to the MRI and have his ankle bracelet removed, and then return to her office to have it reattached following the MRI. Andrew Chan, AUSA has no objection to this modification of bail. Therefore, we respectfully request that Mr. Padin's bail be modified for Pretrial Services to remove his ankle bracelet for his scheduled MRI on October 21, 2020, and to have the ankle bracelet reattached by Pretrial Services following the MRI. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for *Jacobb Padin*

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 239. SO ORDERED.

October 15, 2020