UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,
:
:
    -v-                                               :                    20-CR-135-5 (JMF)
:
JACOBB PADIN,                                 :                    <u>ORDER</u>
:
                       Defendant.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the Defendant shall self-surrender to the custody of the United States Marshals at the United States Courthouse, 500 Pearl Street, 4th Floor, immediately following sentencing in this matter, and no later than 3:45 p.m., on June 29, 2021.

       SO ORDERED.

Dated: June 29, 2021
       New York, New York

                                                      JESSE M. FURMAN
                                                    United States District Judge